In the Matter of JAMES F. SHANLEY, Respondent, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

Argued March 9, 1938; decided April 12, 1938.

*William C. Chanler, Corporation Counsel (Paxton Blair*
and *Henry J. Shields* of counsel), for appellants.
*Abraham J. Rosenblum* for respondent.

Order of Appellate Division reversed and determination
of Commissioners of Taxes affirmed, without costs. The
Appellate Division was not justified on the evidence in
annulling the determination. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS,
LOUGHRAN, FINCH and RIPPEY, JJ.